Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980 Phone
(806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

TIMOTHY ODELL PEARCY
SANDRA FAYE PEARCY

CASE NO: 11-10252-RLJ-13
HEARING DATE: 3/20/2013
HEARING TIME: 11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | ABILENE CARDIOLOGY CONSULT | $10,768.49 | 017 0 U | BEALLS | $80.00 |
| 019 0 U | CELLULARONE | $1,014.58 | 021 0 U | CHEVRON | $519.00 |
| 023 0 U | COLLECTION | $253.00 | 024 0 U | CONTINENTAL CREDIT | $189.00 |
| 026 0 U | COX COMMUNICATIONS PROCESS CTR | $175.80 | 028 0 U | COX JEWELRY | $1,036.62 |
| 030 0 U | CREDIT SYSTEMS INTERNATIONAL INC | $644.00 | 033 0 U | DISCOVER FINANCIAL SERVICES | $1,714.54 |
| 035 0 U | DISH NETWORK | $368.00 | 037 0 U | ENHANCED RECOVERY CORPORATION | $757.00 |
| 038 0 U | FARMERS INSURANCE | $80.00 | 040 0 U | FIRST CARD | $3,156.79 |
| 041 0 U | GE CAPITAL | $994.59 | 046 0 U | MBNA AMERICA | $201.40 |
| 049 0 U | PAYLESS CASHWAY | $578.01 | 050 0 U | PIER 1 IMPORTS | $346.94 |
| 054 0 U | SEARS GOLD MASTERCARD | $1,034.86 | 055 0 U | SERVICE BUREAU INC | $2,923.00 |
| 056 0 U | TEXACO - SHELL CREDIT CARD CENTER | $519.61 | 058 0 U | TEXAS FINANCE | $162.00 |
| 059 0 U | TEXAS NATIONAL BANK | $14,312.00 | 062 0 U | SIGNET BANK | $178.94 |
| 066 0 U | WFNNB/BEALLS | $1.00 | | | |

**II.**
**SPECIFIC OBJECTIONS**

The Trustee hereby objects to the following claims, on behalf of the Debtor, for the reason(s) indicated below each claim listed.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount |
|---|---|---|---|
| **UNSECURED GENERAL CREDITORS** | | | |
| 085 0 * | JAMES GARRISON JR MD | MEDICAL SERVICES | $6,045.00 |
| | Trustee objects to clerk's claim #25. Claim is duplicate of clerk's claim #14 and Trustee requests that said claim be disallowed in full. | | |
| 086 0 * | RADIOLOGY ASSOCIATES/RMA | MEDICAL SERVICES | $51.20 |
| | Trustee objects to clerk's claim #24. Claim is duplicate of clerk's claim #19 and Trustee requests that said claim be disallowed in full. | | |
| 087 0 * | RADIOLOGY ASSOCIATES/RMA | MEDICAL SERVICES | $62.00 |
| | Trustee objects to clerk's claim #23. Claim is duplicate of clerk's claim #18 and Trustee requests that said claim be disallowed in full. | | |

| | | | |
|---|---|---|---|
| 088 0 * RADIOLOGY ASSOCIATES/RMA | MEDICAL SERVICES | | $85.00 |

Trustee objects to clerk's claim #22. Claim is duplicate of clerk's claim #17 and Trustee requests that said claim be disallowed in full.

| | | | |
|---|---|---|---|
| 093 0 * GERVIS GALBRAITH MD | MEDICAL SERVICES | | $1,952.50 |

Trustee objects to clerk's claim #20. Claim is duplicate of clerk's claim #15 and Trustee requests that said claim be disallowed in full.

| | | | |
|---|---|---|---|
| 094 0 * CLINICAL PATHOLOGY ASSOCIATES | MEDICAL SERVICES | | $119.75 |

Trustee objects to clerk's claim #21. Claim is duplicate of clerk's claim #16 and Trustee requests that said claim be disallowed in full.

## III.
## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 * | WELLS FARGO HOME MORTGAGE | HOME ARREARS THRU 7-2011 | $10,719.51 | $145,560.00 | 10.00% | 60 | $292.27 PAID BY TRUSTE |
| | Extended term from 52 to 60 months. See Modification Below. | | | | | | |
| 009 0 | WELLS FARGO HOME MORTGAGE | DIRECT PMTS BEGIN 8-2011 | $39,861.70 | $145,560.00 | | | PD DIRECT BY DEBTOR |
| 010 0 | MCDORMANS FURNITURE | WASHER/DRYER | $0.00 | $4,500.00 | | | PD DIRECT BY DEBTOR |
| 011 0 | NOLAN COUNTY/NOLAN CO HOSPITAL DIST/WT G | 2011 PROPERTY TAXES - NEWMAN 3RD | $686.65 | $145,560.00 | | | PD DIRECT BY DEBTOR |
| 013 0 | VINCENT MOTOR COMPANY | 2007 HYUNDAI SANTA FE | $0.00 | $23,251.68 | | | PD DIRECT BY DEBTOR |
| 077 0 * | CITY OF SWEETWATER | 2011 PROPERTY TAXES - NEWMAN 3RD | $522.20 | $145,560.00 | | | PD DIRECT BY DEBTOR |
| | Not provided for in confirmed plan. See Modificaiton Below. | | | | | | |
| 078 0 * | SWEETWATER ISD | 2011 PROPERTY TAXES - NEWMAN 3RD | $1,228.40 | $145,560.00 | | | PD DIRECT BY DEBTOR |
| | Not provided for in confirmed plan. See Modification Below. | | | | | | |
| 080 0 * | MIKE KINARD MOTORS | 2004 JEEP GRAND CHEROKEE | $0.00 | $8,000.00 | | | PD DIRECT BY DEBTOR |
| | Not provided for in confirmed plan. See Modification Below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 015 0 U | SOUTHWESTERN BELL TELEPHONE COMPANY | $831.78 | 029 0 U | CRED BUREAU BORGER | $75.00 |
| | *SERVICES* | | | *SERVICES* | |
| 043 0 U | HENDRICK MEDICAL CENTER | $4,276.69 | 047 0 U | MIDWEST ELECTRIC COOPERATIVE | $542.98 |
| | *MEDICAL SERVICES* | | | *SERVICES* | |
| 052 0 U | ROLLING PLAINS MEMORIAL HOSPITAL | $9,310.93 | 060 0 U | TXU ENERGY RETAIL COMPANY | $1,071.96 |
| | *MEDICAL SERVICES* | | | *SERVICES* | |
| 065 0 U | RADIOLOGY ASSOCIATES/RMA | $62.00 | 071 0 U * | LVNV FUNDING | $186.83 |
| | *MEDICAL SERVICES* | | | *PURCHASES/THE FRANKLIN MINT* | |
| | | | | *Not provided for in confirmed plan.* | |
| 074 0 U * | ECAST SETTLEMENT CORPORATION | $317.75 | 075 0 U * | CRED BUREAU BORGER | $453.95 |
| | *PURCHASES/FIA CARD SERVICES BANK OF AMERICA* | | | *MEDICAL SERVICES* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 083 0 U * | JAMES GARRISON JR MD | $6,045.00 | 084 0 U * | GERVIS GALBRAITH MD | $1,952.50 |
| | *MEDICAL SERVICES* | | | *MEDICAL SERVICES* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 090 0 U * | RADIOLOGY ASSOCIATES/RMA | $51.20 | 091 0 U * | CLINICAL PATHOLOGY ASSOCIATES | $119.75 |
| | *MEDICAL SERVICES* | | | *MEDICAL SERVICES* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 092 0 U * | RADIOLOGY ASSOCIATES/RMA | $85.00 | | | |
| | *MEDICAL SERVICES* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

**TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Sweetwater ISD's secured claim for $1,228.40 and City of Sweetwater's secured claim for $522.20 shall be allowed and valued at $145,560.00 and paid direct by debtor.
Mike Kinard Motors is allowed a fully secured claim for 2004 Jeep Grand Cherokee, scheduled for $8,000.00, to be paid direct by debtors.  The home arrears portion of Wells Fargo's fully secured claim for $10,719.51 shall be paid over 60 months at 10% interest with a payment of $292.27.
Clerk's claim #21 filed by Clinical Pathology Associates, Clerk's claim #20 filed by Gervis Galbraith MD, Clerk's claim #25 filed by James Garrison Jr MD, and Clerk's Claim #'s 22, 23, and 24 filed by Radiology Associates shall be disallowed in full.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 3/20/2013 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date: 1/25/2013 | /s/ Walter O'Cheskey |
| | _____ |
| | Walter O'Cheskey |
| | Chapter 13 Trustee |

ABILENE CARDIOLOGY CONSULT 1680 ANTILLEY RD STE 100  ABILENE TX 79606
ALLIANCE IMAGING INC 1000 STEEPLEWOOD DRIVE  GRAPEVINE TX 76051
ANDERSON FINANCIAL NETWORK PO BOX 3427  BLOOMINGTON IL 61702
ASSET CARE PO BOX 22836  BEACHWOOD OH 44122
BARRETT DAFFIN FRAPPIER TURNER ENGEL 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
BEALLS PO BOX 64  JACKSONVILLE TX 75766
BORGER COLLECTION SERVICES 306 N MCGEE  BORGER TX 79007
CAVALRY PO BOX 1030  HAWTHORNE NY 10532
CCB CREDIT SERVICES INC PO BOX 272  SPRINGFIELD IL 62705
CELLULARONE PO BOX 79128  PHOENIX AZ 85062
CHEVRON PO BOX 5010  CONCORD CA 94524
CITIBANK PO BOX 6003  HAGERSTOWN MD 21747
CITY OF SWEETWATER C/O PERDUE  BRANDON & FIELDER PO BOX 13430 ARLINGTON TX 76094
CLINICAL PATHOLOGY ASSOCIATES C/O WEST CENTRAL TEXAS COLLECTION BUREAU PO BOX 2586 ABILENE TX 79602
COLLECTION PO BOX 9134  NEEDHAM MA 02494
CONTINENTAL CREDIT 22 N MILPAS ST STE C  SANTA BARBARA CA 93103
COX COMMUNICATIONS PROCESS CTR PO BOX 78142  PHOENIX AZ 85062
COX JEWELRY PO BOX 1268  SWEETWATER TX 79556
CRED BUREAU BORGER 306 N MCGEE ST  BORGER TX 79007
CRED BUREAU BORGER/FIRST NATIONAL BANK 306 N MCGEE ST  BORGER TX 79007
CREDIT COLLECTION SERVICES TWO WELLS AVE  NEWTON MA 02459
CREDIT SYSTEMS INTERNATIONAL INC 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
DEBT CONTROL CTR PO BOX 16336  WEST PALM BEACH FL 33416
DELIVERY VERIFICATION 50 MCCULLOUGH DR  NEW CASTLE DE 19720
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
DISCOVER PO BOX 15192  WILMINGTON DE 19850
DISH NETWORK DEPT 0063  PALANTINE IL 60055
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
ECC MANAGEMENT SERVICES 475 ALLENDALE RD  KING OF PRUSSIA PA 19406
ENHANCED RECOVERY CORPORATION 8014 BAYBERRY RD  JACKSONVILLE FL 32256
EQUIDATA 724 THIMBLE SHOALS BLVD  NEWPORT NEWS VA 23606
FARMERS INSURANCE PO BOX 149226  AUSTIN TX 78714
FIRST CARD PO BOX 15098  WILMINGTON DE 19886
GE CAPITAL PO BOX 276  DAYTON OH 45401
GERVIS GALBRAITH MD C/O WEST CENTRAL TEXAS COLL BUREAU PO BOX 2586 ABILENE TX 79602
HENDRICK MEDICAL CENTER 1242 N 19TH ST  ABILENE TX 79601
HENDRICK MEDICAL CENTER 1900 PINE STREET  ABILENE TX 79601
IC SYSTEMS INC PO BOX 64887  ST PAUL MN 55164
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JAMES GARRISON JR MD C/O WEST CENTRAL TX COLLECTION BUREAU PO BOX 2586 ABILENE TX 79602
LOCKE LORD LLP 2200 ROSS AVENUE SUITE 2200  DALLAS TX 75201
LVNV FUNDING C/O RESURGENT CAPITAL SERVICES PO BOX 10587  GREENVILLE SC 29603
MBNA AMERICA PO BOX 15026  WILMINGTON DE 19950
MCDORMANS FURNITURE PO BOX 207  SWEETWATER TX 79556
MERCHANTS CREDIT GUIDE 223 W JACKSON BLVD  CHICAGO IL 60606
MIDWEST ELECTRIC COOPERATIVE PO BOX 518  ROBY TX 79543
MIKE KINARD MOTORS 2601 E BROADWAY  SWEETWATER TX 79556
NCO FINANCIAL SYSTEMS INC PO BOX 4944  DEPT NO 84  TRENTON NJ 08650
NOLAN COUNTY CENTRAL APPRAISAL PO BOX 1256  SWEETWATER TX 79556
NOLAN COUNTY/NOLAN CO HOSPITAL DIST/WT G C/O PERDUE BRANDON FIELDER ETAL PO BOX 13430 ARLINGTON TX 76094
NORTHSTAR CAPITAL ACQUSITION 170 NORTHPOINTE PKWY SUITE 300 AMHERST NY 14228
PAYLESS CASHWAY PO BOX 9721 DEPT 34  MACON GA 31297
PERDUE,BRANDON,FIELDER,COLLINS,&MOTT PO BOX 13430  ARLINGTON TX 76094
PIER 1 IMPORTS PO BOX 642210  OMAHA NE 68164
PLAZA ASSOCIATES PO BOX 18008  HAUPPAUGE NY 11788
RADIOLOGY ASSOCIATES/RMA C/O WEST CENTRAL TX COLLECTION BUREAU PO BOX 2586 ABILENE TX 79602
ROLLING PLAINS MEMORIAL HOSPITAL PO BOX 690  SWEETWATER TX 79556
SEARS GOLD MASTERCARD PO BOX 818007  CLEVELAND OH 44181
SERVICE BUREAU INC 2705 81ST STREET  LUBBOCK TX 79423
SIGNET BANK PO BOX 25967  RICHMOND VA 23260
SOUTHWEST CREDIT SYSTEMS INC 5910 W PLANO PARKWAY SUITE 100  PLANO TX 75093
SOUTHWESTERN BELL TELEPHONE COMPANY % AT&T ATTORNEY JAMES GRUDUS ESQ ONE AT&T WAY  ROOM 3A218 BEDMINSTER NJ 07921
SWEETWATER ISD C/O PERDUE BRANDON & FIELDER PO BOX 13430  ARLINGTON TX 76094
SWEETWATER ISD NOLAN CO/WES TEX GROUND PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 13430 ARLINGTON TX 76094
TEXACO - SHELL CREDIT CARD CENTER PO BOX 689151  DES MOINES IA 50368
TEXAS FINANCE 605 A LAMAR ST  SWEETWATER TX 79556

TEXAS NATIONAL BANK PO BOX 510 SWEETWATER TX 79556
TEXAS RECOVERY FIN SERV CORP 3000 WILCREST SUITE 300 HOUSTON TX 77042
TIMOTHY ODELL PEARCY & SANDRA FAYE PEARCY 801 THOMAS SWEETWATER TX 79556
TXU ENERGY 200 W JOHN CARPENTER FWY IRVING TX 75039
TXU ENERGY RETAIL COMPANY C/O BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
VERICHECK PO BOX 3218 ABILENE TX 79604
VINCENT MOTOR COMPANY 4142 S TREADAWAY BLVD ABILENE TX 79602
WACHOVIA BANK PO BOX 13765 ROANOKE VA 24037
WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS / MAC # X2302-04C BANKRUPTCY PAYMENT PROCESSING DES MOINES IA 50328
WELLS FARGO HOME MORTGAGE INC 3476 STATEVIEW BLVD MAC# X7801-014 FORT MILLS SC 29715
WELLS FARGO PO BOX 14411 DES MOINES IA 50306
WEST CENTRAL TEXAS COLLECTION BUREAU PO BOX 2586 ABILENE TX 79604
WFNNB/BEALLS PO BOX 2974 MISSION KS 66201