IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 11-10252-RLJ-13 |
| TIMOTHY ODELL PEARCY | DATED: February 27, 2013 |
| SANDRA FAYE PEARCY | HEARING DATE: 2/27/2013 |
| | HEARING TIME: 11:00 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2011 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2011 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN" without prejudice to refiling the same, for the motion dated 12/18/2012.

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal was this date served on the following parties electronically or by U.S first class mail:

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

| | |
|---|---|
| Internal Revenue Service<br>  PO Box 7346<br>  Philadelphia, PA 1901-7346 | Debtor Attorney<br>MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE TX 79601-0000 |
| Debtor1:<br>  TIMOTHY ODELL PEARCY<br>  801 THOMAS<br><br>  SWEETWATER TX 79556 | Debtor 2:<br>SANDRA FAYE PEARCY<br>801 THOMAS<br><br>SWEETWATER TX 79556 |